UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
———

No. 10-3539
———

DR. KAREN MALLEUS,

Appellant

v.

DR. JOHN J. GEORGE, in his individual capacity;
DR. JILL M. HACKMAN, in her individual capacity;
DR. JEFFREY A. CONRAD, in his individual capacity;
INTELLIGENCER JOURNAL/LANCASTER, New Era Editor DOE;
SUNDAY NEWS EDITOR DOE;
LANCASTER NEWSPAPERS, INC.; CINDY STAUFFER
———

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 5-10-cv-01357)
District Judge:  Honorable Juan R. Sánchez
———

Argued April 15, 2011
Before:  FISHER, JORDAN and COWEN, *Circuit Judges*.
———

**ORDER AMENDING OPINION**

IT IS HEREBY ORDERED that the opinion in the above case, filed May 26, 2011, be amended as follows:

Page 3, first paragraph, which read:

Appellant Dr. Karen Malleus appeals the final order of the United States District Court for the Eastern District of Pennsylvania granting John J. George, Jill M. Hackman, and Jeffrey A. Conrad's motion to dismiss Malleus's 42 U.S.C. § 1983 claim that they violated her Fourteenth Amendment privacy rights.  For the reasons discussed below, we will affirm.

shall read:

> Appellant Dr. Karen Malleus appeals the final order of the United States District Court for the Eastern District of Pennsylvania granting Dr. John J. George, Dr. Jill M. Hackman, and Dr. Jeffrey A. Conrad's motion to dismiss Malleus's 42 U.S.C. § 1983 claim that they violated her Fourteenth Amendment privacy rights. For the reasons discussed below, we will affirm.

Page 3, Section I, first paragraph, which read:

> Malleus was a school board member for the Warwick School District. George and Hackman were also members of the school board. Conrad was the head of the Warwick Republican Party, and later a candidate for the school board.

shall read:

> Malleus was a school board member for the Warwick School District. George was the superintendent of the Warwick School District. Hackman was the director of pupil services and later the acting assistant superintendent of the Warwick School District. Conrad was the head of the Warwick Republican Party, and later a candidate for the school board.

By the Court,


*/s/ D. Michael Fisher*
Circuit Judge

Dated:      June 6, 2011